IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 02-254-02 |
| EVGUENI POJILENKO | : | |

_____

| | | |
|---|---|---|
| EVGUENI POJILENKO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-112 |
| UNITED STATES OF AMERICA | : | |

### ORDER

**AND NOW**, this  20th  day of   April   , 2012, upon consideration of Petitioner's Motion To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody under 28 U.S.C. § 2255 (ECF No. 475, 02-CR-254-02), it is **ORDERED** that the Motion is **DENIED**. It is further **ORDERED** that no Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**